IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBALTECTRUST LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 13-481 (RGA) |
| | ) |
| COX COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is extended until May 20, 2013.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Jack B. Blumenfeld* |
| Kenneth L. Dorsney (#3726) | Jack B. Blumenfeld (#1014) |
| 500 Delaware Avenue | 1201 North Market Street |
| Suite 1500 | P.O. Box 1347 |
| Wilmington, DE  19801 | Wilmington, DE  19899 |
| (302) 888-6800 | (302) 658-9200 |
| kdorsney@morrisjames.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED this _____ day of April 2013.

_____
J.